A. T. TAYLOR, Appellant, v. D. R. LEARY, ADMINISTRATOR of C. W. FORBES, Deceased, Appellee.

No. 3843.

Circuit Court of Appeals, Fourth Circuit.

Feb. 7, 1935.

John H. Hall, of Elizabeth City, N. C., for appellant.

McMullan & McMullan and R. Clarence Dozier, all of Elizabeth City, N. C., for appellee.

PER CURIAM.

Case dismissed under Rule 20 in accordance with agreement of attorneys.

PAYSOFF TINKOFF v. UNITED STATES of America.

No. 5471.

Circuit Court of Appeals, Seventh Circuit.

April 25, 1935.

Laurence M. Fine, of Chicago, Ill., for appellant.

Dwight H. Green, of Chicago, Ill., for the United States.

Before EVANS and SPARKS, Circuit Judges.

PER CURIAM.

On motion of counsel for appellee, it is now here ordered and adjudged by this court that this appeal be, and the same is hereby, dismissed.

UNITED STATES of America v. Della COOPER, etc.

No. 7896.

Circuit Court of Appeals, Ninth Circuit.

June 17, 1935.

Peirson M. Hall, U. S. Atty., and Ernest D. Fooks, Atty., Department of Justice, both of Los Angeles, Cal.

Alvin Gerlack, of San Francisco, Cal., for appellee.

Before WILBUR, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon consideration of stipulation of counsel for respective parties, ordered appeal dismissed, judgment of dismissal filed and entered accordingly, and mandate of this court issued forthwith.

UNITED STATES of America v. Ira L. COUCH et al.

No. 1263.

Circuit Court of Appeals, Tenth Circuit.

April 22, 1935.

William C. Lewis, U. S. Atty., of Oklahoma City, Okl.

Goode, Dierker & Goode, of Shawnee, Okl., for appellees.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Decree of the District Court and cause remanded, on motion of appellant.